UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NIVARD BEATON,<br><br>          Plaintiff,<br><br>    v.<br><br>CALIFORNIA MEDICAL FACILITY,<br><br>          Defendant. | No. 2:16-cv-2446 DB P<br><br>ORDER TO SHOW CAUSE |

Plaintiff is a state prisoner, proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983 and the Americans with Disabilities Act, alleging claims arising from his medical treatment at California Medical Facility. (ECF No. 1.)

On September 27, 2017 the court screened plaintiff's complaint, found he failed to state a claim, and gave him leave to amend. (ECF No. 7.) Plaintiff was directed to file an amended complaint within thirty days and was warned that failure to file an amended complaint would result in a recommendation that this action be dismissed. Plaintiff has not filed an amended complaint, notified the court that he is dismissing this action, or otherwise responded to the court's orders.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall either dismiss this action or file an amended complaint. If he fails to do so,

////

1

the court will recommend that this action be dismissed for plaintiff's failure to comply with court orders.  See E.D. Cal. R. 110; Fed. R. Civ. P. 41.

Dated:  February 9, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB1/ORDERS/PRISONER.CIVIL.RIGHTS/beat.2446.ocs